E. C. BEST v. MISSOURI PACIFIC RAILWAY COMPANY.
WILLIAM J. HJORTH v. KEWAUNEE, GREEN BAY & WESTERN
RAILROAD COMPANY.[1]

April 22, 1904.

Nos. 13,732, 13,745—(190, 191).

Appeal by defendant in each case from an order of the municipal court of Minneapolis, Holt, J., denying a motion to dissolve an attachment. Orders reversed.

*J. A. Larimore, Fifield, Fletcher & Fifield* and *Alexander G. Cochran,* for appellant Missouri Pacific Railway Co.

*Albert E. Clarke,* for appellant Kewaunee, Green Bay & Western Railroad Co.

*George C. Stiles,* for respondents.

*Howard S. Abbott* and *H. V. Mercer* also filed a brief, by permission.

[1] Reported in 99 N. W. 1132.

PER CURIAM.

In the above-entitled actions the same questions, upon the jurisdictional facts presented, are involved as in the case of Connery v. Quincy, O. & K. C. R. Co., supra, page 20; and our decision therein is followed and applied.

The orders refusing to vacate the attachment in each of these cases are reversed, and the causes remanded for further proceedings in accordance with the views expressed in that case.